```
                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
                      SAN ANTONIO DIVISION

ERIKA SANCHEZ,                    *
                                  *
          Plaintiff,              *
                                  *
v.                                *   CIVIL NO. SA-15-CA-00982-DAE
                                  *
PRUDENTIAL INVESTMENT             *
MANAGEMENT, INC.,                 *
                                  *
and                               *
                                  *
THE PRUDENTIAL INSURANCE          *
COMPANY OF AMERICA,               *
                                  *
          Third-Party Plaintiff,  *
v.                                *
                                  *
ERIKA SANCHEZ, LAURE HOFFMAN      *
MIDDLETON, and MITZI A. VIAL,     *
                                  *
Counterclaim Defendant and        *
Third-Party Defendants,           *
                                  *
          Defendant.              *
```

**O R D E R**

Before the Court is plaintiff Erica Sanchez's motion to compel third party deponent to appear and produce documents, filed on July 7, 2016. (Docket no. 24). No response to the motion has been filed. Upon consideration of the motion and applicable law, and further, there being no opposition, the motion is **GRANTED.**

Accordingly, **IT IS ORDERED** that pursuant to **FED.R.CIV.P. 30** and **FED.R.CIV.P. 45**, third-party deponent, JOSEPH BROWN, appear

for his deposition on Written Questions within fourteen (14) days from the date of this Order.

**IT IS FURTHER ORDERED** that at the time of his deposition Mr. Brown produce any and all documents that were requested in Plaintiff's Notice of Deposition by Written Questions propounded by Erika Sanchez.

**SIGNED** July 26, 2016.

_____
**JOHN W. PRIMOMO**
**UNITED STATES MAGISTRATE JUDGE**