UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIKA SANCHEZ | § § § | No. 5:15-CV-982-DAE |
| Plaintiff, | § § | |
| vs. | § § | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | § § § | |
| Defendant and Third-Party Plaintiff, | § § § | |
| vs. | § § | |
| ERIKA SANCHEZ, LAURE HOFFMAN MIDDLETON, and MITZI A. VIAL, | § § § § | |
| Counterclaim Defendant and Third-Party Defendants. | § § | |

ORDER GRANTING MOTION TO CONFIRM ARBITRATION AWARD

Before the Court is Plaintiff Erika Sanchez's ("Plaintiff" or "Sanchez") Motion to Confirm Domestic Arbitration Award and Release SGLI Proceeds. (Dkt. # 67.) Neither the Prudential Insurance Company of America ("Prudential" or "Defendant" or "Third Party Plaintiff"), Laure Hoffman Middleton ("Middleton"), nor Mitzi A. Vial ("Vial", collectively, "Third Party Defendants") has objected to the Motion.

1

On a timely filed motion to confirm a domestic arbitration award with proper attachments, confirmation of the award is presumed unless there are grounds for modification or vacation. 9 U.S.C. § 9. Here, the parties entered into an arbitration agreement in November 2018. (Dkt. # 67-2.) An award was entered on June 13, 2019, awarding 75% of the SGLI proceeds to Sanchez and 25% of the SGLI proceeds to Middleton. (Dkt. # 67 at 3.) The instant motion was filed well within the one-year limitation imposed by statute. 9 U.S.C. § 9. No responses or objections were filed, and there are no grounds for modification or vacation that have been raised to the Court.

Accordingly, the motion is **GRANTED**.

CONCLUSION

Based on the foregoing, Plaintiff's Motion to Confirm Arbitration Award is **GRANTED**. (Dkt. # 67.) It is **ORDERED** that the June 13, 2019 Arbitration Award is **CONFIRMED**.

Proceeds from the SGLI policy maintained by the late Sebastian Hoffman shall be released in the following manner:

Seventy-five percent (75%) of the proceeds and interest shall be released to Erika Sanchez, by and through her attorney of record, Russell J.G. Amsberry, and made to the Order of the Amsberry Law Firm, PLLC, 24165 IH 10 W, Ste. 217, # 230, San Antonio, Texas 78257.

Twenty-five percent (25%) of the proceeds and interest shall be released to Laure Hoffman Middleton, by and through her attorney of record, Cody Graham, and made to the Order of Jamie Graham & Associates, PLLC, 310 S. St. Mary's Street, Suite 1470, San Antonio, Texas 78205.

It is further **ORDERED** that any relief not specifically **GRANTED** herein is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, August 5, 2019.

_____
David Alan Ezra
Senior United States Distict Judge