UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIKA SANCHEZ, | § § § | No. 5:15-CV-982-DAE |
| Plaintiff, | § § | |
| vs. | § § § | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | § § § | |
| Defendant and Third-Party Plaintiff, | § § § | |
| vs. | § § § | |
| ERIKA SANCHEZ, LAURE HOFFMAN MIDDLETON, and MITZI A. VIAL, | § § § § | |
| Counterclaim Defendant and Third-Party Defendants. | § § | |

ORDER ENTERING JUDGMENT

Before the Court is the status of this case. On July 1, 2019, Plaintiff moved to confirm the arbitration award and enter judgment. (Dkt. # 67.) On August 5, 2019, this Court entered an Order confirming the arbitration award. (Dkt. # 68.)

In that Order, Plaintiff's Motion to Confirm Arbitration Award was **GRANTED** and the June 13, 2019 Arbitration Award was **CONFIRMED**. (Id.)

1

Proceeds from the SGLI policy maintained by the late Sebastian Hoffman were released in the following manner:

Seventy-five percent (75%) of the proceeds and interest were released to Erika Sanchez, by and through her attorney of record, Russell J.G. Amsberry, and made to the Order of the Amsberry Law Firm, PLLC, 24165 IH 10 W, Ste. 217, # 230, San Antonio, Texas 78257.  (Id.)

Twenty-five percent (25%) of the proceeds and interest were released to Laure Hoffman Middleton, by and through her attorney of record, Cody Graham, and made to the Order of Jamie Graham & Associates, PLLC, 310 S. St. Mary's Street, Suite 1470, San Antonio, Texas 78205.  (Id.)

Because that Order (Dkt. # 68) resolved the remaining issues in this case, it is **ORDERED** that the Clerk **ENTER JUDGMENT** and **CLOSE** the case.

**IT IS SO ORDERED.**

**DATED:** San Antonio, Texas, August 12, 2019.

_____
David Alan Ezra
Senior United States Distict Judge