FILED

AUG 16 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY [signature] DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ERIKA SANCHEZ<br>*Plaintiff,*<br><br>v.<br><br>PRUDENTIAL INVESTMENT MANAGEMENT, INC.,<br>*Defendants*<br><br>and<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br>*Third-Party Plaintiff,*<br><br>v.<br><br>ERIKA SANCHEZ, LAURE HOFFMAN MIDDLETON, and MITZI A. VIAL<br>*Counterclaim Defendant and Third-Party Defendants* | § § § § § § § § § § § § § § § § § § § § § § | SA-CV-5:15-CV-00982 DAE |

## DISBURSEMENT ORDER

On August 5, 2019, this Court Confirmed Arbitration Award (Docket No. 68) and issued Judgment (Docket No. 69) on August 12, 2019. Based on the arbitration award, this Court confirmed that proceeds from the SGLI policy maintained by the late Sebastian Hoffman were to be released in the following manner:

> Seventy-five percent (75%) of the proceeds and interest were released to Erika Sanchez, by and through her attorney of record, Russell J. G. Amsberry, and made to the Order of the Amsberry Law Firm, PLLC, 24165 IH 10 W, Ste. 217, # 230, San Antonio, Texas 78257. *(Id.)*
>
> Twenty-five percent (25%) of the proceeds and interest were released to Laure Hoffman Middleton, by and through her attorney of record, Cody

Graham, and made to the Order of Jamie Graham & Associates, PLLC, 310 S. St. Mary's Street, Suite 1470, San Antonio, Texas 78205. *(Id.)*

Accordingly, this Court ORDERS that as soon as the business of the office allows, the United States District Court Clerk shall close the account invested in the Court Registry Investment System (CRIS) representing monies heretofore deposited under this cause number. This Court further ORDERS the Clerk to release said monies to the payees named above. Seventy-five percent of the principal and accrued interest shall be paid to Erika Sanchez's attorney of record, on behalf of Plaintiff Erika Sanchez. Twenty-five percent of the principal and accrued interest shall be paid to Laure Hoffman Middleton's attorney of record, on behalf of Third Party Defendant Laure Hoffman Middleton.

IT IS FURTHER ORDERED that the payee(s) shall submit their tax identification number to the attention of the Clerk, United States District Court, financial deputy within ten (10) days of entry of this Order and before the checks to the respective payees are issued.

Signed this 16 day of August, 2019.

HON. DAVID ALAN EZRA
UNITED STATED DISTRICT JUDGE